IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Robert J. CREECH, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7192.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Robert J. Creech's unopposed motion to voluntarily dismiss this appeal,

**IT IS ORDERED THAT:**

**Jose ROSARIO–SERRANO, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7190.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Jose Rosario–Serrano's unopposed motion to voluntarily dismiss this appeal,